

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00427-CR

**JARVIS DWYANE TYSON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 12th District Court
### Walker County, Texas
### Trial Court No. 25638

## ORDER

Jarvis Dywane Tyson was convicted of Aggravated Assault. He filed a pro se notice of appeal. John Williford, Jr. was appointed as counsel for Tyson. We have now received a motion to substitute counsel, requesting this court to substitute Joel Hayter for John Williford, Jr. as counsel for appellant. This we cannot do. *See Enriquez v. State*, 999 S.W.2d 906, 908 (Tex. App.—Waco 1999, order). The trial court has the authority through the Code of Criminal Procedure to relieve Williford of his duties and appoint

new counsel for Tyson's appeal.  *Id*.  Any substitution of appointed counsel and the related costs to the county should be determined by the trial court that appointed Williford to Tyson's criminal proceeding.  *Id*.

Accordingly, we deny the motion to substitute counsel. Original counsel, John Williford, Jr., will remain lead counsel for Tyson.  Joel Hayter has been added as additional counsel for Tyson in this appeal.


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Order issued and filed March 20, 2014